UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DANIEL MARTINEZ, RAFAEL RODRIGUEZ,
TERRENCE BULLARD, SUNGHAI ANDERSON,
RYAN HAMILTON, and STEVEN HAYNES,
on behalf of themselves and all other persons         Docket No.: 22-cv-04206
similarly situated,                                                         (JS) (AYS)

                              Plaintiffs,

        -against-

EXCELL COMMUNICATIONS, INC.,

                              Defendant.
------------------------------------------------------------------X

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT
## PURSUANT TO FED. R. CIV. P. 68

       PLEASE TAKE NOTICE that Plaintiffs DANIEL MARTINEZ, RAFAEL RODRIGUEZ, TERRENCE BULLARD, SUNGHAI ANDERSON, RYAN HAMILTON, and STEVEN HAYNES, by and through their attorneys, the Romero Law Group PLLC, hereby accepts Defendant's offer to allow entry of judgment to be taken against it pursuant to Fed. R. Civ. P. 68 in the amount of One Hundred Thirty-Five Thousand Dollars and Zero Cents ($135,000.00), to be paid as delineated in Defendant's Offer of Judgment Pursuant to F.R.C.P. 68, for the full and complete satisfaction of any claims under the Fair Labor Standards Act only. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: Hauppauge, New York
          October 12, 2023

                                       ROMERO LAW GROUP PLLC
                                       *Attorneys for Plaintiff*
                                       490 Wheeler Road, Suite 250
                                       Hauppauge, New York 11788
                                       Tel.: (631) 257-5588

                   By: _____
                                       DAVID D. BARNHORN, ESQ.
                                       PETER A. ROMERO, ESQ.

## **AFFIRMATION OF SERVICE**

      I, David D. Barnhorn, Esq., hereby certify that on this date, October 12, 2023, a true and correct copy of the foregoing *Notice of Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68* was served via First Class Mail and Electronic Mail on the following:

Daniel J. Moore, Esq.
Ibrahim Tariq, Esq.
Harris Beach PLLC
99 Garnsey Road
Pittsford, New York 14534
Email:  dmoore@harrisbeach.com
Email:  itariq@harrisbeach.com

By: *David Barnhorn*

DAVID D. BARNHORN, ESQ.