**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
DANIEL MARTINEZ, RAFAEL RODRIGUEZ,
TERRENCE BULLARD, SUNGHAI ANDERSON,
RYAN HAMILTON, and STEVEN HAYNES, on
behalf of themselves and all other persons similarly
situated,

                Plaintiffs,

  - against -                                            **JUDGMENT**
                                                                       CV 22-4206 (JS) (AYS)

EXCELL COMMUNICATIONS, INC.,

                Defendant.
----------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiffs on October 12, 2023, accepting Defendant's October 10, 2023 offer to allow entry of judgment against it in favor of Plaintiffs in the amount of $135,000.00 to fully and finally resolve any-and-all claims under the Fair Labor Standards Act ("FLSA"), and apportioned as follows: (a) $22,500.00 to each Plaintiff Daniel Martinez, Rafale Rodriguez, Terrence Bullard, Sunghai Anderson, Ryan Hamilton, and Steven Haynes, (b) of the $22,500 to each Plaintiff, $15,000 shall be payable to each Plaintiff, and $7,500.00 shall be designated as attorney's fees, it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs Daniel Martinez, Rafale Rodriguez, Terrence Bullard, Sunghai Anderson, Ryan Hamilton, and Steven Haynes against Defendant Excell Communications, Inc., in the amount of $135,000.00, to fully and finally resolve any-and-all claims under the FLSA, and apportioned as follows: (a) $22,500.00 to each Plaintiff Daniel Martinez, Rafale Rodriguez, Terrence Bullard, Sunghai Anderson, Ryan Hamilton, and Steven Haynes, and (b) of the $22,500 to each Plaintiff, $15,000 shall be payable to each Plaintiff, and $7,500.00 shall be designated as attorney's fees.

Dated: October 17, 2023
      Central Islip, New York

                                          BRENNA B. MAHONEY
                                          CLERK OF COURT

                              By:    /s/ James J. Toritto
                                        Deputy Clerk