FILED
CLERK

2:29 pm, Oct 19, 2023

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DANIEL MARTINEZ, RAFAEL RODRIGUEZ,
TERRENCE BULLARD, SUNGHAI ANDERSON,
RYAN HAMILTON, and STEVEN HAYNES, on
behalf of themselves and all other persons
similarly situated,

22-cv-4206

Docket No: ~~21-cv-03023~~
(JS) (AYS)

Plaintiffs,

-against-

EXCELL COMMUNICATIONS, INC.,

Defendant.
-------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs and Defendant, through their undersigned counsel of record, that the Parties hereby stipulate, consent, and agree that Plaintiffs' Third through Fourth Claims for Relief in their Second Amended Complaint shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

A facsimile or PDF copy of this stipulation shall be treated with the same force and effect as an original copy of this stipulation.

| ROMERO LAW GROUP PLLC | HARRIS BEACH PLLC |
|---|---|
| *[signature]* | *[signature]* |
| Peter A. Romero, Esq. | Daniel J. Moore, Esq. |
| David D. Barnhorn, Esq. | Ibrahim Tariq, Esq. |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| 490 Wheeler Road, Suite 250 | 99 Gamsey Road |
| Hauppauge, New York 11788 | Pittsford, New York 14534 |
| Tel.: (631) 257-5588 | Tel.: (585) 419-8800 |
| Dated: 9/20/23 | Dated: 10/18/23 |

As Plaintiffs have accepted Defendant's offer of judgment regarding the FLSA claims (Causes of Action 1 & 2) and the parties are stipulating to dismiss Plaintiffs' NYS Labor Law claims (Causes of Action 3 & 4), the Clerk of Court is directed to CLOSE this case. So ORDERED this 19th day of October 2023 at Central Islip, New York.

16              /s/ JOANNA SEYBERT
Hon. Joanna Seybert, U.S.D.J.